# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KIMBERLY HICKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:12-CV-2181-VEH |
| | ) |
| **SANTANDER CONSUMER USA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER DISMISSING CASE

The Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. 2). The Notice is brought pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. A review of the court's file reveals that no Defendant has filed an answer or motion for summary judgment.

Rule 41(a)(1) of the Federal Rules of Civil Procedure states:

   (a) Voluntary Dismissal.

   (1) By the Plaintiff.

      (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Therefore, this action is hereby **DISMISSED**, costs taxed as paid. This dismissal is without prejudice, unless the plaintiff has previously dismissed any federal or state court action based on or including the same claim, in which event this dismissal is with prejudice.

**DONE** and **ORDERED** this the 20th day of June, 2012.

**VIRGINIA EMERSON HOPKINS**
United States District Judge